UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| RHONDA K. HAMMOND, ) <br> ) <br> Claimant, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> *Commissioner of Social Security*, ) <br> ) <br> Defendant. ) | Case No. CV411-045 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of April, 2012.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA